JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/30/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PANNAM CORP., SILVER SPOON HOSPITALITY, LLC, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: SACV 20-01543-CJC(DFMx)<br><br>JUDGMENT |

///

///

///

///

This matter came before the Court on Plaintiff's motion for default judgment. On November 30, 2020, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendants to create ADA-compliant sales counters and (2) attorneys' fees and costs of $3,534.00.

DATED: November 30, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE